**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA ex rel.**
**DEBRA LEGGINS,**
,

      Plaintiffs,

vs.                                  Case No.: 6:14-cv-316-PGB-TBS

**ORLANDO HOUSING AUTHORITY,**
**ORLANDO HOUSING AUTHORITY**
**PROPERTIES, INC., FINLAY**
**DEVELOPMENT, LLC., VIVIAN**
**BRYANT, and ELLIS HENRY,,**

      Defendant.

_____/

### UNITED STATES OF AMERICA'S CONSENT TO DISMISSAL

In response to the Stipulation of Dismissal pursuant to Rule 41 filed by the

Plaintiff-Relator and the Defendants in this action (Dkt. No. 155), the United States has

determined that such dismissal is in the government's interest, and hereby consents to the

dismissal of this action without prejudice to the United States, pursuant to the False

Claims Act, 31 U.S.C. § 3730(b)(1).

                                  Respectfully Submitted,

                                  W. STEPHEN MULDROW
                                  Acting United States Attorney

by:       _/s/ Kyle S. Cohen_
                                  KYLE S. COHEN
                                  Assistant United States Attorney

Florida Bar No. 0829951
2110 First Street, Suite 3-137
Ft. Myers, Florida  33901
Telephone No. (239) 461-2200
Facsimile No. (239) 461-2219
Email: kyle.cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2017, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's CM/ECF Filing system, which will send an electronic notice of filing to all of the parties.


  */s/ Kyle S. Cohen*
KYLE S. COHEN
Assistant United States Attorney